ROBBINS GELLER
  RUDMAN & DOWD LLP
STEVEN W. PEPICH (116086)
JAMES A. CAPUTO (120485)
LAWRENCE A. ABEL (129596)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
SteveP@rgrdlaw.com
JimC@rgrdlaw.com
LarryA@rgrdlaw.com
  – and –
NANCY M. JUDA
1100 Connecticut Avenue, N.W., Suite 730
Washington, DC  20036
Telephone:  202/822-6762
202/828-8528 (fax)
NancyJ@rgrdlaw.com

Attorneys for Respondents

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE:<br><br>CINTAS CORP. OVERTIME PAY ARBITRATION LITIGATION | Lead Case No. M:06-cv-01781-SBA<br><br>**[E-Filing]**<br><br>STIPULATION AND ORDER FOR TRANSFER OF PROCEEDINGS TO THE HONORABLE RICHARD SEEBORG |

STIPULATION AND [PROPOSED] ORDER FOR TRANSFER OF PROCEEDINGS     - 1 -

1

2   WHEREAS, the Honorable Richard Seeborg is presiding over matters relating to

3   "litigating plaintiffs" in *Veliz, et al. v. Cintas Corporation, et al.*, C-03-1180 (N.D. Cal.), with

4   the exception of the claims of certain plaintiffs concerning alleged violations of the Employee

5   Retirement Income Security Act ("ERISA"), 29 U.S.C. §§1001 *et seq*. (Dkt Nos. 726-727);

6   WHEREAS, the Honorable Saundra Brown Armstrong presently presides over those

7   plaintiffs who the Court has ruled have binding arbitration agreements with Cintas and whose

8   claims the Court has stayed pending arbitration ("arbitrating plaintiffs"), and claims involving

9   alleged violations of ERISA, in *Veliz et al v. Cintas Corporation et al,* Case No. C-03-1180

10  (N.D. Cal.);

11  WHEREAS, the Honorable Saundra Brown Armstrong presently presides over the 70

12  separate actions which were consolidated by the Judicial Panel on Multidistrict Litigation for

13  pretrial proceedings, in *In Re Cintas Corp. Overtime Pay Arbitration Litigation*, Case No. C-06-

14  1781 (N.D. Cal.) ("arbitration petitions");

15  WHEREAS, the parties are preparing to present to the Court for approval the complete

16  settlement of all aspects of this action and related proceedings; and

17  WHEREAS, the parties believe it will be most efficient for the Court and the parties to

18  proceed before a single judge with the approval and confirmation of the settlement of all matters;

19  NOW THEREFORE, the parties, through their respective counsel of record, agree and

20  stipulate to an Order of the Court that: All matters in the above-captioned proceedings currently

21  before the Honorable Saundra Brown Armstrong shall be transferred to the Honorable Richard

22  Seeborg.

23  IT IS SO STIPULATED.

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR TRANSFER OF PROCEEDINGS          - 2 -

| | | |
|---|---|---|
| 1 | DATED: October 4, 2010 | ROBBINS, GELLER |
| | |   RUDMAN & DOWD LLP |
| 2 | | STEVEN W. PEPICH |
| | | JAMES A. CAPUTO |
| 3 | | LAWRENCE A. ABEL |

5                                                    */s/ James A. Caputo*
                                                           JAMES A. CAPUTO

8                                         ALTSHULER BERZON LLP
                                          MICHAEL RUBIN
9                                         EILEEN GOLDSMITH
                                          177 Post Street, Suite 300
10                                        San Francisco, CA  94108
                                          Telephone:  415/421-7151
11                                        415/362-8064 (fax)

12                                        TRABER & VOORHEES
                                          THERESA M. TRABER
13                                        128 No. Fair Oaks Avenue, Suite 204
                                          Pasadena, CA  91103
14                                        Telephone:  626/585-9611
                                          626/577-7079 (fax)
15
                                          Attorneys for Plaintiffs

17   DATED:  October 4, 2010              SQUIRE, SANDERS & DEMPSEY, L.L.P.
                                          MARK C. DOSKER
18                                        DIANE L. GIBSON
19                                        MICHAEL W. KELLY

21                                                   */s/ Mark C. Dosker*
                                                           MARK C. DOSKER
22
23                                        275 Battery Street, Suite 2600
                                          San Francisco, CA  94111
24                                        Telephone:  415/954-0200
                                          415/391-2493 (fax)
25
                                          Attorneys for Petitioner Cintas Corporation and
26                                        Plan Administrator for the Cintas Partners' Plan

27
                                     *     *     *
28

STIPULATION AND [PROPOSED] ORDER FOR TRANSFER OF PROCEEDINGS         - 3 -

1 **O R D E R**

2    Having considered the parties' stipulation, and good cause appearing therefor,

3    IT IS SO ORDERED.

4 DATED: October 14, 2010

_____
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER FOR TRANSFER OF PROCEEDINGS         - 4 -